UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 24-8789-GW-PDx | Date | January 2, 2025 |
|---|---|---|---|
| Title | *Marquise Bailey v. Susana Caridad Mulet, et al.* | | |

| Present: The Honorable | GEORGE H. WU, UNITED STATES DISTRICT JUDGE | | |
|---|---|---|---|
| Javier Gonzalez | None Present | | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. | |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None Present | None Present |

**PROCEEDINGS:**   IN CHAMBERS - ORDER TO SHOW CAUSE RE SETTLEMENT

On January 2, 2025, Plaintiff Marquise Bailey filed a Notice of Settlement [18]. The Court vacates all currently set dates, with the expectation that a dismissal will be filed within 30 days. The Court sets an order to show re: settlement hearing for February 6, 2025 at 8:30 a.m. The hearing will be vacated provided a notice of dismissal/stipulation to dismiss is filed by noon on February 4, 2025.

| | : |
|---|---|
| Initials of Preparer | JG |